*July 12, 2017*

2017-Ohio-5793.]

**2017–0803.  Mahoning Cty. Bar Assn. v. DiMartino.**
On certification of default. Dennis Armand DiMartino, Attorney Registration No. 0039270, suspended from the practice of law for an interim period.